UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JAMES GARY FRANK, | STIPULATION AND ORDER OF DISCONTINUANCE PURSUANT TO RULE 41(A) |
| Plaintiff, | |
| -against- | |
| MOSS; HRYCKO; WALTERS; JASNIEWSKI; MARQUART; MOORE, | 12-CV-1428 |
| Defendants. | FJS/DEP |

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all parties to the above entitled-action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be and the same is hereby discontinued with prejudice on the merits, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of Court.

Dated: September 9, 2013

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

By: _____
Laura Sprague
Attorney for the Defendants
The Capitol
Albany, New York 12224-0341

JAMES FRANK
plaintiff *pro se*

_____
James Frank

SO ORDERED:

_____
HON. Frederick J. Scullin
Senior U.S. District Judge
September 10, 2013
Syracuse, New York